# American Foreclosure Network Systems, Inc.
244 5th Avenue, Suite 2462
New York, NY 10001
212-252-6820

Clerk of Court
US Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   14-12244-mg
American Foreclosure Network Systems, Inc.
Chapter 7 Bankruptcy Petition

Dear Sirs,

I, Jean Millien, as President of American Foreclosure Network Systems, Inc., voluntarily filed a Chapter 7 Bankruptcy Petition in Eastern District Bankruptcy Court. As of today, September 15, 2014, I am voluntarily withdrawing this petition. I would like this petition discontinued immediately.

Sincerely,

Jean Millien

Jean Millien (President)
American Foreclosure Network Systems, Inc.



Cc:   United States Trustee
      Office of the United States Trustee
      U.S. Federal Office Building
      201 Varick Street, Room 1006
      New York, NY 10014-9449

      Gregory M. Messer
      Law Offices of Gregory Messer, PLLC
      26 Court Street, Suite 2400
      Brooklyn, NY 11242-1124

      Judge Martin Glenn
      US Bankruptcy Court
      One Bowling Green
      New York, NY 10004-1408