# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 10/17/2014 |
| Case: 14−12244−mg | Form ID: pdn | Total: 14 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Gregory M. Messer | gremesser@aol.com |
| aty | Gary Frederick Herbst | gfh@lhmlawfirm.com |
| aty | Gregory M. Messer | gremesser@aol.com |
| aty | Jordan C. Pilevsky | jp@lhmlawfirm.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | American Foreclosure Network Systems, Inc. | 244 5th Avenue    Suite 2462    New York, NY 10001 |
| ust | United States Trustee | Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 |
| aty | Nicholas P. Scunziano | 8304 − 13th Avenue    2nd Floor    Brooklyn, NY 11228 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax &Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor    Attn: Legal Affairs − Devora Cohn    Brooklyn, NY 11201−3719 |
| 6540286 | DEUTSCHE BANK NATIONAL TRUST | 2006−OPT2 MORTGAGE PASS−THROUGH    60 WALL STREET    NEW YORK, NY 10005 |
| 6540285 | JP MORGAN CHASE BANK, NA | 10790 RANCHO BERNARDO ROAD    SAN DIEGO, CA 92127 |
| 6545809 | NEW YORK STATE DEPT. OF LABOR | UNEMPLOYMENT INSURANCE DIVISION    STATE OFFICE CAMPUS, BLDG 12 RM 256    ALBANY, NY 12240 |

TOTAL: 10